UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:05-CR-82-2BR

UNITED STATES OF AMERICA

v.                                                          ORDER

DONALD EUGENE JOHNSON

This matter is before the court on defendant's letter filed 14 August 2017.   (DE # 91.)
In the letter, defendant claims that the Bureau of Prisons ("BOP") has not properly credited his
sentence for the time from he was indicted, 29 September 2005, to the date he was sentenced, 2
October 2006.   He requests that the court give him "jail credit."   To the extent this letter could
be deemed a motion, the court will deny it without prejudice.

Because defendant is challenging the execution of his sentence, he must seek relief by
petition under 28 U.S.C. § 2241.   See United States v. Miller, 871 F.2d 488, 490 (4th Cir. 1989)
("A claim for credit against a sentence attacks the computation and execution of the sentence
rather than the sentence itself.   Judicial review must be sought under 28 U.S.C. § 2241 . . . ."
(citation omitted)).   The court notes that generally before filing such a petition, the petitioner
must exhaust his administrative remedies through the BOP.   See McClung v. Shearin, 90 F.
App'x 444, 445 (4th Cir. 2004) ("Federal prisoners must exhaust their administrative remedies
prior to filing § 2241 petitions.   Failure to exhaust may only be excused upon a showing of
cause and prejudice." (citations omitted)).   Also, the petition must be filed in the district in
which the petitioner is in custody.   Miller, 871 F.2d at 490.

Because defendant is incarcerated in the District of South Carolina, the motion is

DENIED WITHOUT PREJUDICE to defendant filing a § 2241 petition in that district court.

This 17 January 2018.


_____
W. Earl Britt
Senior U.S. District Judge